THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. ROCKLAND TYNG, Appellant, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ELIZABETH C. BIGGS, Appellant, v. MARIA D. CLAPSATTLE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Estate of FRANK E. WATERS, Deceased. WILLIAM H. WATERS, Appellant; GERTRUDE W. BLAKE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

WILLIAM J. SMITH, as Special Administrator, etc., Appellant, v. STATEN ISLAND LAND COMPANY and Others, Respondents, Impleaded with Others. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Application of J. B. GREENHUT & COMPANY, Private Bankers, Appellant, in Connection with the Voluntary Liquidation of Its Business, for the Return of Securities Deposited with the Superintendent of Banks of the State of New York, Respondent, and the Transfer to Said Superintendent of the Deposits Held by It.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Smith, J., dissented.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of MARY SWEENY, Deceased. DENNIS SWEENY, Appellant; MARGARET SWEENY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ANGIA P. CAPES, Respondent, v. WILLIAM P. CAPES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

KITTANNING FACE BRICK COMPANY, INC., Respondent, v. LAWRENCE B. PEART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE BRADFORD COMPANY, Respondent, v. JAMES H. DUNN, Defendant. FRANK CHARLES STRUDWICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Estate of FREDERICKA CATHERINE HAAG, Deceased. STEPHEN WENZEL and Others, Appellants; EDWARD A. ACKER, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.